PROB 12B
(7/93)

Case 2:10-cr-00100-FVS   Document 111   Filed 09/28/12

Report Date: September 27, 2012

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Earnest Jay Allen | Case Number: 2:10CR00100-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

| | |
|---|---|
| Date of Original Sentence: 12/16/2010 | Type of Supervision: |
| Original Offense: Conspiracy to Defraud the United States with Respect to Claims for Income Tax Refunds, 18 U.S.C. § 286 | Date Supervision Commenced: 09/28/2012 |
| Original Sentence: Prison - 30 Months; TSR - 36 Months | Date Supervision Expires: 09/27/2015 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24      You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

Mr. Allen arrived at the Spokane RRC on May 2, 2012, for transition to the community as part of his term of incarceration with the Bureau of Prisons. On July 3, 2012, the Bureau of Prisons approved Mr. Allen for participation in the Spokane RRC's Home Confinement program, and Mr. Allen returned to Walla Walla, WA. Since July 3, 2012, Mr. Allen has been living in Walla Walla, at the residence of his mother.

On September 28, 2012, Mr. Allen's term of incarceration will expire and he will commence his term of supervision. As a condition of supervision, Mr. Allen is required to reside in a RRC for up to 180 days. As he has already participated in the transitional programming offered by the Bureau of Prisons, and has established an approved release address, this officer respectfully requests the removal of this condition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 27, 2012

s/M. D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

Prob 12B

**Re:  Allen, Earnest Jay**
**September 27, 2012**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[x]     The Modification of Conditions as Noted Above
[ ]     Other

s/ Fred Van Sickle

Signature of Judicial Officer
09/27/12

Date